# UNITED STATES BANKRUPTCY COURT

In re: | Case No.

Debtor(s)

, chapter  trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 02(b)(1). The trustee declares as follows:

1) The case was filed on .

1) The case was filed on , and was converted to chapter  on .

2) The plan was confirmed on .

5) The case was  on .

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 0.

8) Total value of assets abandoned by court order: .

9) Total value of assets exempted: .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case .

**UST Form 101--FR-S (9/1/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor
    Less amount refunded to debtor

**NET RECEIPTS:**                                                                                                                     $0.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan
    Court Costs
    Trustee Expenses & Compensation
    Other

**TOTAL EXPENSES OF ADMINISTRATION:**                                   $0.00

Attorney fees paid and disclosed by debtor:

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101--FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)     By: /s/ _____
                                    Trustee

Dated: 05/30/2017

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101--FR-S (9/1/2009)**